# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

| UNITED STATES OF AMERICA | | | |
|---|---|---|---|
| V. | | | **CRIMINAL COMPLAINT** |
| Jose Quiroz-Ortiz | YOB: | PRINCIPAL | Case Number: |
| A206 645 265 | | 1995 | **M-14-1742-M** |
| Mexico | | | |

United States District Court
Southern District of Texas
FILED
SEP 05 2014
Clerk of Court

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 3, 2014** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Luis Ramon Garcia-Cordova and Israel Enrique Munoz-Coreas, citizens and nationals of El Salvador, along with three (3) other undocumented aliens, for a total of five (5), who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near San Manuel, Texas to the point of arrest near San Manuel, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)  FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On September 3, 2014, Weslaco Border Patrol Agents B. Carkeek and O. Hinojosa were performing highway duties on U.S. Highway 281 near San Manuel, Texas. At approximately 4:15 p.m., they observed a white Oldsmobile Alero travel north from FM 490. The vehicle appeared to be heavily laden from the rear. As Agents followed the Oldsmobile Alero north on Hwy 281, they also noticed two other passenger vehicles driving behind it. When the Agents drove on the left of the Oldsmobile the driver accelerated in an attempt not to be seen. The driver, later identified as Jose QUIROZ-Ortiz, kept accelerating in an attempt to gain distance from the Agents. Agents caught up to the vehicle and noticed that it was riding very low from the rear and was bouncing. The vehicle registration came back to an individual from Alamo, Texas.

Based on their observations and the suspicious actions of the driver, they proceeded to conduct a vehicle stop on the Oldsmobile Alero. Agents activated their emergency equipment and a fail to yield ensued. The Oldsmobile abruptly changed lanes from the outside to the inside lane and accelerated to gain distance. **SEE ATTACHED:**

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

_Signature of Complainant_

**Frediberto Hernandez   Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**September 5, 2014** at **McAllen, Texas**
Date                                             City and State

**Dorina Ramos , U. S. Magistrate Judge**
Name and Title of Judicial Officer

_Signature of Judicial Officer_

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

**M-14-1742-M**

**RE:** **Jose Quiroz-Ortiz**  A206 645 265

**CONTINUATION:**

The vehicle changed lanes again from the outside lane to the inside lane and exited U.S. Highway 281 onto FM 186 near San Manuel, Texas. QUIROZ disregarded a stop sign with total disregard for the safety of the passengers, the public and continued heading east. As the vehicle approached Brush line Road he began to slow down and then turned north onto Brush line Road. At this time, the passenger door open as if someone was going to abscond, but no one did. QUIROZ sped up once again and about half a miles north on Brush line Road the vehicle slowed down and all four doors opened. The vehicle was still in motion when everyone bailed out and absconded into the brush. Agents found two subjects in the trunk of the vehicle. Assisting Agents arrived and apprehended five more subjects, to include QUIROZ, in the brush. Agents questioned all seven subjects as to their citizenship and nationality and determined that they were illegally present in the United States. The group was then transported to the Weslaco Border Patrol Station. Once at the station, through interviews, it was determined that QUIROZ was the driver of the vehicle.

There were no unaccompanied juveniles in this case.

**PRINCIPAL STATEMENT:**

Jose QUIROZ-Ortiz was advised of his Miranda Rights by Agents. QUIROZ stated that he understood his rights and requested an attorney before any questioning.

**MATERIAL WITNESS STATEMENTS:**

1-Luis Ramon GARCIA-Cordova stated that his father made smuggling arrangements with an unknown smuggler in El Salvador. His father was going to pay $4000 in smuggling fees so that he could be smuggled to Houston, Texas. On August 28, 2014, he was smuggled by raft into the United States. Once in the U.S., he was picked up and transported to a stash house where he stayed until September 3, 2014. On September 3, 2014, he was picked up by QUIROZ driving a white four door car. Two subjects were instructed to get in the trunk. They then drove for about ten minutes until Border Patrol tried to stop them. GARCIA identified Jose QUIROZ-Ortiz in a photo lineup as the driver of the vehicle.

2-Israel Enrique MUNOZ-Coreas stated that his family made smuggling arrangements in El Salvador, with an unknown smuggler. His family paid $3,000 to illegally smuggle him across the river into the United States. MUNOZ-Coreas stated that from Houston he was going to be smuggled to Pennsylvania and would have to pay an additional $2,000. MUNOZ-Coreas stated that today (September 3, 2014) two subjects arrived in a white passenger car and picked them up. MUNOZ-Coreas stated they drove for about 10 to 15 minutes before being pulled over by the Border Patrol. MUNOZ-Coreas was able to positively identify Jose Quiroz-Ortiz as the driver of the vehicle he boarded.